CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7034
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-00464 CRB (TSH) |
| Plaintiff, | [PROPOSED] DETENTION ORDER |
| v. | |
| ROBERT VINCENTE VELLA, | |
| Defendant. | |

This matter came before the Court on May 27, 2026, for an initial appearance on the Amended Petition for Warrant for Person Under Supervision for the above-referenced defendant in this case and for a detention hearing. The defendant was present and represented by Attorney Albert Boro. Assistant U.S. Attorney Christiaan Highsmith appeared for the government. U.S. Probation Officer Matthew Coppage for the Probation Office. The government and the Probation Office moved for detention. The defendant opposed. At the hearing, counsel and Probation Officer Coppage submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds the defendant has not presented clear and convincing evidence that he will not flee or pose a danger to any other person or to the community. Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C.

[PROPOSED] DETENTION ORDER        1
18-CR-00464 CRB (TSH)

§ 3143(a)(1). Accordingly, the defendant must be detained for the pending proceedings regarding the alleged supervised release violations.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons. As noted on the record, the Court makes the following findings as the bases for its conclusion: the defendant presents both a danger to the community and a risk of non-appearance and flight because, as alleged in the Amended Petition, on April 11, 2026, he possessed a stolen vehicle; was engaged in a hit-and-run vehicle accident; and then fled from officers at the scene of the accident, all while on supervised release.

Accordingly, IT IS ORDERED THAT:

1.     The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.     The defendant be afforded reasonable opportunity for private consultation with counsel; and

3.     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: May 29, 2026

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge

[PROPOSED] DETENTION ORDER                    2
18-CR-00464 CRB (TSH)